**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**District of Massachusetts**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **ACCRX, Inc.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **ACC Apothecary** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 0 4 – 3 5 7 8 1 4 5 | |
| **4. Debtor's address** | **Principal place of business** 153 California Street  Number    Street Newton, MA 02458 City    State    ZIP Code Middlesex County | **Mailing address, if different from principal place of business** Number    Street City    State    ZIP Code **Location of principal assets, if different from principal place of business** Number    Street City    State    ZIP Code |
| **5. Debtor's website (URL)** | accrx.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **ACCRX, Inc.** Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**4  4  6  1** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When _____ Case number _____<br>                                         MM / DD / YYYY<br>    District _____ When _____ Case number _____<br>                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes. Debtor _____ Relationship _____<br>    District _____ When _____<br>                                             MM / DD / YYYY<br>    Case number, if known _____ |

Debtor  **ACCRX, Inc.**                                           Case number *(if known)*
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **ACCRX, Inc.**                                                                           Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
|  | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
|  | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|  | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/28/2025**
             MM/ DD/ YYYY

X  **/s/ Arthur Margolis**                                            **Arthur Margolis**
Signature of authorized representative of debtor                      Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Marques Lipton**                         Date  **04/28/2025**
Signature of attorney for debtor                        MM/ DD/ YYYY

**Marques Lipton**
Printed name

**Lipton Law Group, LLC**
Firm name

**945 Concord Street**
Number       Street

**Framingham**                                  **MA**              **01701**
City                                            State               ZIP Code

                                                **marques@liptonlg.com**
Contact phone                                   Email address

**676087**                                      **MA**
Bar number                                      State

Fill in this information to identify the case:

Debtor name **ACCRX, Inc.**

United States Bankruptcy Court for the: **District of Massachusetts**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | OnDeck<br>Attn: Director of Operations<br>4700 W. Daybreak Pkwy 200<br>South Jordan, UT 84009 | | UCC-1 Financing Statement | | | | $228,089.72 |
| 2 | Kapitus, LLC<br>2500 Wilson Boulevard Suite 350<br>Arlington, VA 22201 | | UCC-1 Financing Statement | | | | $170,686.08 |
| 3 | U.S. Small Business Administration<br>SBA Disaster Loan Services Center<br>2 North 20th Street 320<br>Birmingham, AL 35203 | | | | | | $150,000.00 |
| 4 | Leaf<br>2005 Market Street 14th Floor<br>Philadelphia, PA 19103 | | | | | | $115,978.80 |
| 5 | Eastern Bank<br>265 Franklin Street<br>Boston, MA 02110 | | UCC-1 Financing Statement | | | | $64,389.05 |
| 6 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | Credi Card | | | | $60,446.41 |
| 7 | Medisca, Inc.<br>P.O. B ox 2592<br>Plattsburgh, NY 12901 | | | | | | $53,814.35 |
| 8 | Barclay's Bank<br>Business Card Services<br>P.O. Box 8801<br>Wilmington, DE 19899 | | Credit Card | | | | $42,648.60 |

Debtor **ACCRX, Inc.**
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Chase<br>Cardmember Services<br>P.O. Box 15123<br>Wilmington, DE 19850 | | Business Credit Card | | | | $41,559.64 |
| 10 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | Credit Card | | | | $38,517.27 |
| 11 | Discover Bank<br>P.O. Box 30939<br>Salt Lake Cty, UT 84130-0939 | | Business Credit Card | | | | $20,666.49 |
| 12 | Chase<br>P.O. Box 15123<br>Wilmington, DE 19850 | | Credit Card | | | | $17,994.38 |
| 13 | Bankers Healthcare Group<br>Cardmember Services<br>Murfreesboro, TN 37133 | | Credit Card | | | | $9,028.72 |
| 14 | Boston's Best Commercial Cleaning Inc.<br>376 Ocean Avenue 1801<br>Revere, MA 02151 | | Services provided | | | | $4,030.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

IN RE: **ACCRX, Inc.**                                                                     CASE NO

                                                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/28/2025**          Signature          **/s/ Arthur Margolis**
                                                Arthur Margolis, President

153 California Street Realty Trust
153 California Street
Newton, MA 02458

American Express
P.O. Box 981537
El Paso, TX 79998

Arthur Margolis
79 Spiers Road
Newton Center, MA 02459

Bankers Healthcare Group
Cardmember Services
Murfreesboro, TN 37133

Barclay's Bank
Business Card Services
P.O. Box 8801
Wilmington, DE 19899

Esq. Bethan Regan
Zwicker & Associates, P.C.
80 Minuteman Road
Woburn, MA 01801

Boston's Best Commercial Cleaning Inc.
376 Ocean Avenue 1801
Revere, MA 02151

Chase
P.O. Box 15123
Wilmington, DE 19850

Chase
Cardmember Services
P.O. Box 15123
Wilmington, DE 19850

Discover Bank
P.O. Box 30939
Salt Lake Cty, UT 84130-0939

Eastern Bank
265 Franklin Street
Boston, MA 02110

Health Mart Systems, Inc.
6555 State Highway 161
Irving, TX 75039

Kapitus, LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201

Leaf
2005 Market Street 14th Floor
Philadelphia, PA 19103

Lease Consultants
Corporation
P.O. Box 71397
Clive, IA 50325

Arthur Margolis
79 Spiers Road
Newton Center, MA 02459

MCA Resolve, LLC
220 Congress Park 215
Delray Beach, FL 33445

Medisca, Inc.
P.O. Box 2592
Plattsburgh, NY 12901

OnDeck
Attn: Director of Operations
4700 W. Daybreak Pkwy 200
South Jordan, UT 84009

U.S. Small Business Administration
SBA Disaster Loan Services Center
2 North 20th Street 320
Birmingham, AL 35203

**United States Bankruptcy Court**
**District of Massachusetts**

In re **ACCRX, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ACCRX, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**04/28/2025**
Date

**/s/ Marques Lipton**
**Marques Lipton**
Signature of Attorney or Litigant
Counsel for **ACCRX, Inc.**
**Bar Number: 676087**
**Lipton Law Group, LLC**
**945 Concord Street**
**Framingham, MA 01701**
**Phone: (508) 202-0681**
**Email: marques@liptonlg.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

IN RE: CHAPTER **11**
**ACCRX, Inc.**

DEBTOR(S) CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Arthur Margolis** 79 Spiers Road, Newton Center, MA 0459 | Common | | 100% |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **President** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/28/2025**   Signature: **/s/ Arthur Margolis**
*Arthur Margolis, President*